UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDY BACZEWSKI,<br><br>   Plaintiff,<br><br>  v.<br><br>SCHNUCK MARKETS INC. and BRADLEY MINEMAN,<br><br>   Defendant. | Case No. 25-cv-1138-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Judy Baczewski's motion to remand this case in light of the addition of a new defendant, Bradley Mineman, who destroys diversity jurisdiction (Doc. 21). The defendants have informed the Court via email that they do not intend to respond to Baczewski's motion. Indeed, it appears remand is appropriate under 28 U.S.C. § 1447(e), which requires remand of a case removed on the basis of diversity jurisdiction if a non-diverse defendant is joined.

This case was originally removed under 28 U.S.C. § 1441(a) from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, on the basis of diversity jurisdiction, 28 U.S.C. § 1332(a); Baczewski and Schnuck's Markets Inc. were completely diverse and more than $75,000 was in issue. Baczewski sought to amend her complaint to add Mineman, who shares citizenship with her. Receiving no objection from Schnuck's, the Court allowed the amendment. Mineman's presence in this litigation destroyed diversity jurisdiction, so the Court must remand the case pursuant to 28 U.S.C. § 1447(e).

Accordingly, the Court **GRANTS** Baczewski's motion to remand (Doc. 21) and **REMANDS** this case for lack of subject matter jurisdiction to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois.

**IT IS SO ORDERED.**
**DATED: December 22, 2025**

                   s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**